```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                           11/15/2021

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:        DVE        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> Edwin Hernandez-Martinez <br> DEFENDANT(S). | 8:21-mj-00761-DUTY <br><br> **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: __United States District Court__
in the _____ District of __Nevada__ on __05/20/2021__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __09/06/2020__
in violation of Title _____ U.S.C., Section(s) _____
to wit: CFR 4.2 NRS 483.560 & 36 CFR 4.15 Defendant failed to appear for his initial apperance and these citations remain unpaid.

A warrant for defendant's arrest was issued by: __T. Renfro, Deputy Clerk__

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Warrant/U.S. District Court Violation Notice

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.


_/s/ Marco Hernandez_
Signature of Agent

Marco Hernandez
Print Name of Agent

U.S. Marshals Service
Agency

Deputy U.S. Marshal
Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT